1  Andrew D. Winghart (SBN 225099)
2  WINGHART LAW GROUP, INC.
   Email:  Drew@winghartlaw.com
3  495 Seaport Court, Suite 104
   Redwood City, California 94063
4  Telephone:   (510) 593-8546
   Facsimile:    (866) 941-8593
5
6  Attorney for Defendants
   TAN TSENG, TERRENZ
7  KUKANT CAM, BOI ANH
   HONG; & KEVIN TU CAM
8

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11  ALI R. POORSINA                    Case No.:  **4:20-cv-09122-VC**

12                  Plaintiff,         **DECLARATION OF ANDREW D.**
                                       **WINGHART IN RESPONSE TO**
13            v.                       **COURT'S ORDER TO SHOW**
                                       **CAUSE (DKT. 103)**
14  TAN   TSENG,   TERRENZ   KUKANT
15  CAM, BOI ANH HONG; & KEVIN TU      Courtroom:   4
    CAM,                                         San Francisco Courthouse
16                                               450 Golden Gate Ave.
                    Defendants.                  San Francisco, CA 94102
17

18                                     Honorable Vince Chhabria

19

20

21

22

23

24

25

26

27

28

WINGHART LAW GROUP

- 1 -
**DECLARATION OF ANDREW D. WINGHART IN RESPONSE TO COURT'S ORDER TO SHOW**
**CAUSE (DKT. 103)**
*Poorsina v. Tseng, et al.*; Case No.  20-cv-09122 VC

**WINGHART LAW GROUP**

## DECLARATION OF ANDREW D. WINGHART

1.     I am an attorney admitted to the State Bar of California and licensed to practice before the State Courts and the Federal District Courts in California.  I am personally familiar with each of the facts set forth herein and if called as a witness to testify, I could competently do so.  I am over the age of 18, a resident of the State of California and able to make this declaration.

2.     When my office originally filed Defendants' Motion to Dismiss, I correctly calendared the hearing on the docketing software for the correct hearing time as set forth under the schedule maintained by Judge Armstrong on August 9, 2022.  Thereafter, upon reassignment, the Motion by the Defendants was re-notice by Defendants before the Court.

3.     I, on behalf of the Defendants, appeared at the Court's Initial Case Management Conference on November 9, 2022, wherein the Court Clerk corrected the hearing date, being December 1 versus December 8, as originally stated at the hearing.

4.     As a result of the comments from the Court and its staff, during the hearing, I re-entered and calendared the motion hearing for December 1, 2022, but failed to correctly identify the time.  When calendaring the pending hearing, I personally either failed to (a) update the hearing time to comply with this Court's schedule; or (b) mistyped the hearing time while confirming the hearing date.

5.     In preparing for the hearing on this matter, I had reviewed and prepared for a hearing on this matter at 2:00 p.m. on December 1, 2022.  Based on other schedule matters, and a calendar showing no hearings in the morning on December 1st, I took a half-day off and did not monitor my emails.  Currently, I have no other staff to review messages or calendaring.

6.     My failure to appear was based on my own lack of calendar management.  The failure to appear was not intended to disrespect Plaintiff, the Court, or the Court's staff.

7.     When I finally checked my email on December 1st, after 11 a.m., I noticed the message from the Court's Clerk and responded immediately, but by that time, the Court had finished its calendar. Given that not only was I present for the November 9, 2022 Initial Case Management, as well as promptly filing an Opposition to Plaintiff's Request for an Extension/Sur-Reply, my office (on behalf of my Clients) had not abandoned the matter, nor disrespected the Court, its rules, calendar, or time. The calendaring of this matter was an honest mistake, of which I apologize to all effected.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. This Declaration was executed in Redwood City, California on December 1, 2022.

/s/

_____

Andrew D. Winghart

WINGHART LAW GROUP

**DECLARATION OF ANDREW D. WINGHART IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE (DKT. 103)**
*Poorsina v. Tseng, et al.*; Case No. 20-cv-09122 VC

1

2

**CERTIFICATE OF SERVICE**

3

4      I hereby certify that on December 1, 2022, I electronically filed the following

5  document(s) with the Clerk of the Court for the United States District Court for the Northern

6  District of California, by using the District Court's CM/ECF system:

7

8  **DECLARATION OF ANDREW D. WINGHART IN RESPONSE TO COURT'S ORDER
   TO SHOW CAUSE (DKT. 103)**

9

10

11      I further certify that all participants in the case are registered CM/ECF users and that

12  service will be accomplished by the District Court's CM/ECF system.

13

14                                                    /s/

15                                            Andrew D. Winghart

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
*Poorsina v. Tseng, et al.*; Case No.  20-CV-09122

**WINGHART LAW GROUP**